UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LOPEZ, <br><br> Plaintiff, <br><br> v. <br><br> ROMUALDO BELTRAN VALDEZ; ROBERTA BELTRAN; AILEN BELTRAN; and Does 1-10, <br><br> Defendants. | Case: 2:16-CV-01813-CAS-GJS <br><br> **ORDER** |

### ORDER

Pursuant to F.R.CIV.P.41 (a)(2), the entire case is hereby ordered dismissed with prejudice.

Dated: October 7, 2016

*Christina A. Snyder*
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT COURT JUDGE